# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-1887

_____

| | | |
|---|---|---|
| United States of  America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | Western District of Arkansas. |
| | * | |
| German B. Miranda, | * | [PUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted: April 24, 2008
Filed:  May 1, 2008

_____

Before WOLLMAN, HANSEN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

German B. Miranda appeals from the district court's[1] order denying his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) based on Amendment 706 to the United States Sentencing Guidelines Manual (USSG), which reduced the base offense levels in USSG § 2D1.1(c) based on the quantity of cocaine base (crack).

_____

[1]The Honorable Jimm Larry Hendren, Chief Judge, United States District Court for the Western District of Arkansas.

Because Miranda was sentenced as a career criminal, he is not eligible for such a reduction.  See United States v. Tingle, No. 08-1777, slip op. (8th Cir. Apr. __, 2008).

Miranda's assertions concerning alleged defects in his indictment and plea agreement, including his assertions of ineffectiveness of counsel, are not addressable in a § 3582(c) proceeding.  See USSG § 1b1.10(a)(3); USSG § 1B1.10(b)(1) and cmt. n.2.

The judgment denying Miranda any relief pursuant to the new amendments is summarily affirmed.  See 8th Cir. R. 47(A)(a).

_____